# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1305

INLINE PLASTIC CORP, a Connecticut corporation,

*Plaintiff-Appellant,*

*v.*

EASYPAK, LLC, a Massachusetts corporation,

*Defendant-Appellee.*

Appeal from the United States District Court for the District of Massachusetts in Case No. 4:11-CV-11470, Judge Timothy S. Hillman

**PLAINTIFF-APPELLANT INLINE PLASTICS CORPORATION'S UNOPPOSED MOTION TO EXTEND TIME TO FILE ITS OPENING BRIEF**

Inline Plastics Corp. v. Easypak, LLC
2014-1305

**CERTIFICATE OF INTEREST**

Pursuant to Fed. Cir. R. 47.4, undersigned counsel for Plaintiff-Appellant Inline Plastics Corporation states as follows:

1. The full name of the party being represented by me is:

Inline Plastics Corporation

2. The name of the real party in interest is:

Inline Plastics Corporation

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are:

None.

4. The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court or are expected to appear in this court are:

**Edwards Wildman Palmer LLP** (f/k/a Edwards Angell Palmer & Dodge, LLP)

    Adam P. Samansky
    Barry Kramer
    David Silvia
    Daniel D. Cotta
    Peter J. Cuomo
    Deborah H. Dodge
    Elizabeth Anderson Spinney
    Gabriel McCool

April 8, 2014                                                 /s/ Adam P. Samansky
                                                                             Adam P. Samansky

Pursuant to Fed. R. App. P. 26(b), Plaintiff-Appellant Inline Plastics Corporation ("Inline"), respectfully moves for an extension of time of fourteen (14) days, from April 25, 2014 to May 9, 2014 to file its opening brief in the above-captioned appeal. In support of this motion, Inline states as follows:

1. This is an appeal from a Final Judgment of noninfringement entered in favor of Defendant-Appellee in a patent infringement action on February 4, 2014. Inline timely filed its Notice of Appeal on February 14, 2014. This appeal was docketed in this Court on February 24, 2014, thus Inline's opening brief is due on April 25, 2014.

4. Professional commitments in other matters have limited the time necessary to prepare Inline's opening brief. Due to these other commitments, Inline requires an extension of fourteen (14) days to submit its opening briefs. Inline has not previously sought any extensions of time in this appeal.

5. Counsel for Inline has conferred with counsel for Defendant-Appellee, who does not oppose this requested extension of time.

For the reasons stated above, Inline respectfully requests that this Court grant an extension of fourteen (14) days, from April 25, 2014 to May 9, 2014 to file its opening brief in this appeal. A proposed order granting the relief requested is attached to this motion.

                                            Respectfully submitted,

April 8, 2014                    /s/ Adam P. Samansky
                                        Adam P. Samansky
                                        Peter J. Cuomo
                                        EDWARDS WILDMAN PALMER LLP
                                        111 Huntington Avenue
                                        Boston, MA  02199
                                        Telephone:  617.239.0162
                                        Fax:  888.325.6566
                                        asamansky@edwardswildman.com

                                        Barry Kramer
                                        EDWARDS WILDMAN PALMER LLP
                                        3 Stamford Plaza
                                        Stamford, CT  06901
                                        Telephone:  203.353.6831
                                        Fax:  888.325.1664
                                        bkramer@edwardswildman.com

                                        *Attorneys for Plaintiff- Appellant*
                                        *Inline Plastics Corporation*

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2014-1305

INLINE PLASTIC CORP, a Connecticut corporation,

*Plaintiff-Appellant,*

v.

EASYPAK, LLC, a Massachusetts corporation,

*Defendant-Appellee.*

Appeal from the United States District Court for the District of Massachusetts in Case No. 4:11-CV-11470, Judge Timothy S. Hillman

## [PROPOSED] ORDER GRANTING PLAINTIFF INLINE PLASTICS CORPORATION UNOPPOSED MOTION TO EXTEND TIME TO FILE ITS OPENING BRIEF

On consideration of the motion filed by Plaintiff-Appellant, Inline Plastics Corporation,

IT IS HEREBY ORDERED THAT:

Plaintiffs-Appellant Inline Plastics Corporation's time for its opening brief is extended to and including May 9, 2014.

FOR THE COURT

_____

Date

cc:   Craig Scott, Esq.

4

# United States Court of Appeals for the Federal Circuit

*Inline Plastic Corp., v. Easypak, LLC, et al.,* No. 2014-1305

## CERTIFICATE OF SERVICE

I, John C. Kruesi, Jr., being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by EDWARDS WILDMAN PALMER LLP Attorneys for Plaintiff-Appellant to print this document. I am an employee of Counsel Press.

On **April 8, 2014** counsel for Appellant has authorized me to electronically file the foregoing **Motion to Extend Time** with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to all counsel registered as CM/ECF users, including any of the following:

Craig M. Scott
Scott & Bush Ltd.
One Turks Head Place, 4th Floor
Providence, RI 02903
(401) 865-6035
cscott@scottbushlaw.com

April 8, 2014                                        /s/ John C. Kruesi, Jr.
                                                                Counsel Press